# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **HONORABLE:** Rebecca Rutherford | **PRESIDING:** _____ |
| **DEPUTY CLERK:** L. Price | **COURT REPORTER/TAPE NUMBER:** FTR |
| **LAW CLERK:** _____ | **USPO:** _____ |
| **INTERPRETER:** _____ | **Date:** October 14, 2022 |

Cr.No. 3:22-cr-00378-N                                        DEFT. No. _____

UNITED STATES OF AMERICA            §
                                                               §          _John De la Garza_, AUSA
v.                                                            §
                                                               §          __John Nicholson__
RAYNALDO RIVERA ORTIZ, JR (1)     §          COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: __1 m.__

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
              ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
              ☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____

Hearing Concluded:   ☐ Yes   ☐ No

☐ Defendant SWORN.

☑ Arraignment   ☐ Rearraignment – Held on Count(s) ___1-5, 6-10_____

of the __10__ count(s)   ☑ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint

☐ Sentencing Guidelines                                                                        ☐ Superseding Information

☑ Deft enters a pleas of       ☑ Not Guilty   ☐ Guilty   ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set   Date: _____   Time: _____

☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____

☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond   ☐ continued   ☐ forfeited

☑ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT 1 4 2022 CLERK, U.S. DISTRICT COURT By____ Deputy*