UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § § § § § § § | **CRIMINAL NO.**<br><br>**3:22-CR-378-N** |
| **Plaintiff,** | | |
| v. | | |
| **RAYNALDO RIVERA ORTIZ,** | | |
| **Defendant.** | | |

## O R D E R ON DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER

Upon consideration of Defendant's Motion to Reconsider Detention Order, said Motion is this _____ day of November, 2022 **GRANTED**.

**SO ORDERED.**

**DATED:** November \_\_\_\_, 2022.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS