

# Federal Public Defender
## Northern District of Texas

---

**JASON D. HAWKINS**
Federal Public Defender

**JOHN NICHOLSON**
First Assistant

MARIA TORRES CHIN
LAURA HARPER
CATALINA HOTUNG
SHERY KIME-GOODWIN
DOUGLAS A. MORRIS
ADAM NICHOLSON
JOEL PAGE
JUAN RODRIGUEZ
GABRIELA VEGA
NOOR WADI
NATALIE EBOLUM
MARIA PEDRAZA
ZAINAB KHAN
Assistant Federal Public Defenders

525 GRIFFIN STREET
SUITE 629
DALLAS, TEXAS 75202

PHONE (214) 767-2746
FAX (214) 767-2886

819 TAYLOR STREET
ROOM 9A10
FORT WORTH TX 76102-4612
817/978-2753

1205 TEXAS AVENUE
ROOM 506
LUBBOCK, TX 79401
806/472-7236

500 S. TAYLOR
SUITE 110
AMARILLO, TX 79101
806/324-2370

February 20, 2024

John De La Garza
Errin Martin
Patrick Runkle

1100 Commerce Street, Third Floor
Dallas, Texas 75202

Sent via electronic mail to: ███████@usdoj.gov; ███████@usdoj.gov; ███████@usdoj.gov

      Re: *United States v. Raynaldo Ortiz*; 3:22-CR-378-N

Dear Counsel:

      I send this letter in response to the government's correspondence of February 16, 2024. Thank you for acknowledging receipt of the defense's original and supplemental discovery letters. We will, of course, comply with the reciprocal discovery provision of Rule 16. The defense will not offer an alibi defense, nor will it offer an insanity defense. I believe this satisfies the defense's obligations under Federal Rules of Criminal Procedure 12.1 and 12.2.

      We have reviewed the fingerprint discovery to which you refer. The reports do not appear to indicate that a match was made, and no related experts have been listed. Are additional reports or witnesses expected to address the issue?





Thank you for your assistance.

Best Regards,

*John M. Nicholson*

John M. Nicholson
First Assistant Federal Public Defender
Northern District of Texas