## Molina, Elizabeth

**From:** Molina, Elizabeth
**Sent:** Wednesday, January 10, 2024 1:13 PM
**To:** Watson, Andrea
**Cc:** Isom, Andrea
**Subject:** Request for Analysis – Case #154572-2022 - Narcotics

Det. Watson,

The Request for Analysis you submitted has been completed. The case file has been uploaded into RMS in the documents section under LP154572-2022#T240 (pg 19-32). Please review the Examination Report (pg19-20) for complete details.

If you have any questions, please feel free to contact me by email or at 214-███

Thank you,
Elizabeth



**Elizabeth Molina, CLPE, T240**
*Forensic Fingerprint Expert*
City of Dallas | ███
Dallas Police Department
1400 Botham Jean Blvd.
Dallas, TX 75215
O: 214-███

  

**\*\*OPEN RECORDS NOTICE:** This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.**\*\***

DEFENDANT'S EXHIBIT
C
3:22-CR-378-N