**From:** Watson, Andrea <▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**Sent:** Tuesday, December 26, 2023 5:45 PM
**To:** Molina, Elizabeth <▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**Subject:** 111972-2022

Libby,
Seth told me that you were running the fingerprints through AFIS. I was wondering if there were any results back yet. Sorry, to bother you. The FDA is asking me. This is part of a case that is set to go to trial in February.

Thanks for your help,
Andrea Watson



&lt;image005.png&gt;

Andrea Watson, 7567

*Detective*
Narcotics / Vice

Special Investigations Division

Tactical and Special Ops. Bureau

**City of Dallas** | ▉▉▉▉▉▉▉
Dallas Police Department

1400 S. Botham Jean Blvd

Dallas, TX 75215
C: 214-▉▉▉▉  O: 214-▉▉▉▉

DEFENDANT'S EXHIBIT
D
3:22-CR-378-N

Service #: 154572-2022  Date: 12-29-23

3

Initials: ___EM___  Page: 15