# EXAMINATION REPORT
## LATENT PRINT/AFIS UNIT
### CRIME SCENE RESPONSE SECTION
**Dallas Police Department**
1400 Botham Jean Blvd
Dallas, Texas 75215
214-███████

| | | | |
|---|---|---|---|
| **Date of Report:** | December 29, 2023 | **Case #:** | 154572-2022 |
| **Investigator/Division:** | Det. A. Watson #7567<br>Narcotics | **Offense:** | Narcotics |
| | | **Date of Offense:** | August 25, 2022 |
| | | **Start Date of Examination:** | December 13, 2023 |

## Evidence Received:

One envelope containing one (1) DVD submitted by Crime Scene Analyst K. Garza #T365, referred to as envelope #1. The images are as follows:

Envelope #1
    DVD 1
    Images of Item 1    DVD 1 contains sixteen (16) images from Item 1, "IV bag with writing '9/4'" [processed with superglue fuming (SGF)]

One envelope containing two (2) DVDs submitted by Crime Scene Analyst K. Garza #T365, referred to as envelope #2. The images are as follows:

Envelope #2
    DVD 2
    Images of Item 1    DVD 2 contains eighteen (18) images from Item 1, "IV bag with writing '9/4'" (processed with SGF/Rhodamine)

    DVD 3
    Images of Item 1    DVD 3 contains seven (7) images from Item 1, "IV bag with writing '9/4'" [processed with SGF/Rhodamine with alternate light source (ALS)]

## Results of Examination:

The above listed items were analyzed for the presence of latent prints.

Envelope #1
    DVD 1
    Images of Item 1    DVD 1 contains latent print **D1A** (SGF)

Envelope #2
    DVD 2
    Images of Item 1    DVD 2 contains latent print **D1A** (SGF/Rhodamine)

    DVD 3
    Images of Item 1    DVD 3 contains latent print **D1A** (SGF/Rhodamine with ALS)

**DEFENDANT'S EXHIBIT E**
**3:22-CR-378-N**

Admin Rev./Date: dt 05 JAN 2024    Continued, next page

Service #: 154572-2022  Date: 12-29-23
Initials: _EW_  Page: 1

Case # 154572-2022
Examination Report, continued

This case did not contain any latent prints with sufficient ridge detail necessary for a search through an automated fingerprint identification system (AFIS). There may be additional latent prints of value for comparison. If comparisons are required, please submit a request for analysis form.

**Disposition of Evidence:**

The above listed evidence has been placed in the AFIS Unit files.

*Elizabeth M. Molina* (signature)

Elizabeth M. Molina T240
Forensic Fingerprint Expert
Phone: 214-
Email:

---

**Basis of Conclusions**

Identification is the determination that there is sufficient ridge detail in agreement to conclude that two friction ridge impressions originated from the same source.
Exclusion is the determination that there is sufficient ridge detail in disagreement to conclude that two friction ridge impressions did not originate from the same source.
Inconclusive is the determination that there is insufficient agreement or disagreement of ridge detail to identify or exclude two friction ridge impressions as originating from the same source.

---

Admin Rev./Date: dt  05 JAN 2024

Service #: 154572-2022   Date: 12-29-23
Initials: Em   Page: 2



# INFORMATION SHEET
## CRIME SCENE RESPONSE SECTION
**Dallas Police Department**
1400 Botham Jean Blvd.
Dallas, Texas 75215
214-███

---

Date/Time: 12/29/2023                              Case #: 154572-2022

Initials/Badge #: EMM T240  *[signature] EmTM*

A DVD of images (DVD #1) was submitted in this case by CSA K. Garza T365, with images photographed by Crime Scene Supervisor J. O'Donnell T237. The sixteen (16) submitted images were analyzed by FFE Molina T240 for AFIS quality latent prints. This DVD#1 was submitted in Envelope #1. Photographs appear to be an IV bag processed with SGF.

On 12/14/2023, FFE Molina physically examined three (3) IV bags after SGF processing by K. Garza.

Envelope #1, DVD#1 - On 12/14/2023, image 158182 was processed in Adobe Photoshop. It was converted from CR2 file to TIFF in Canon software (from Photoshop). Image contained a scale and was calibrated to 2313ppi resolution. Rotated 180° degrees, invert, converted from RGB to CMYK color, cyan channel selected, levels, brightness/contrast, and cropped. On 12/29/2023, a composite of the processed image D1A was printed for the case file. The image is not sufficient for AFIS searches.

DVD #2 and DVD #3 were submitted in this case by CSA K. Garza T365 in Envelope #2, with images photographed by Crime Scene Supervisor J. O'Donnell T237. DVD #2 contained eighteen (18) submitted images with images of an IV bag processed with SGF/Rhodamine. DVD #3 contained seven (7) submitted images with images of an IV bag processed with SGF/Rhodamine with an ALS. All submitted images were analyzed by FFE Molina T240 for AFIS quality latent prints.

On 12/29/2023, image 252396 was processed in Adobe Photoshop. It was converted from CR2 file to TIFF in Canon software (from Photoshop). Image contained a scale and was calibrated to 1572ppi resolution. RGB color converted to grayscale. Inverted, cropped, levels and brightness/contrast. A composite of the processed image D1A was printed for the case file. The image is not sufficient for AFIS searches.

On 12/29/2023, image DSC_3583 was processed in Adobe Photoshop. It was converted from jpg to TIFF. Image contained a scale and was calibrated to 1198ppi resolution. RGB color converted to grayscale. Levels, brightness/contrast. A composite of the processed image D1A was printed for the case file. The image is not sufficient for AFIS searches.

All images from the original DVD and all images generated by FFE Molina were burned to three (3) new DVD's and placed in new latent print envelopes (envelopes #1-1 and #2-1) to be retained in the AFIS files.

Case #: 154572-2022   Date: 12-29-23

Rev. 1 – 12/7/2018                    Initials: EM      Page: 3