# EXAMINATION REPORT
## LATENT PRINT/AFIS UNIT
### CRIME SCENE RESPONSE SECTION
**Dallas Police Department**
1400 Botham Jean Blvd
Dallas, Texas  75215
214-███

| | | | |
|---|---|---|---|
| **Date of Report:** | January 8, 2024 | **Case #:** | 154572-2022 |
| **Investigator/Division:** | Det. A. Watson #7567 Narcotics | **Offense:** | Narcotics |
| | | **Date of Offense:** | August 25, 2022 |
| | | **Start Date of Examination:** | December 13, 2023 |

**This report is supplemental to a previous report 154572-2022, dated 12/29/2023 issued by E. Molina T240.**

### Evidence Received:

One envelope containing one (1) DVD submitted by Crime Scene Analyst K. Garza #T365, referred to as envelope #1. The images are as follows:

Envelope #1
  DVD 1
    Images of Item 1    DVD 1 contains sixteen (16) images from Item 1, "IV bag with writing '9/4'" [processed with superglue fuming (SGF)]

One envelope containing two (2) DVDs submitted by Crime Scene Analyst K. Garza #T365, referred to as envelope #2. The images are as follows:

Envelope #2
  DVD 2
    Images of Item 1    DVD 2 contains eighteen (18) images from Item 1, "IV bag with writing '9/4'" (processed with SGF/Rhodamine)

  DVD 3
    Images of Item 1    DVD 3 contains seven (7) images from Item 1, "IV bag with writing '9/4'" [processed with SGF/Rhodamine with alternate light source (ALS)]

### Results of Examination:

The above listed items were analyzed for the presence of latent prints.

Envelope #1
  DVD 1
    Images of Item 1    DVD 1 contains latent print **D1A** (SGF) (best quality for comparison)

Envelope #2
  DVD 2
    Images of Item 1    DVD 2 contains latent print **D1A** (SGF/Rhodamine)

Admin Rev./Date: dt 10 JAN 2024    Continued, next page    Service #: 154572-2022    Date: 01-08-24
Initials: EM    Page: 19

**DEFENDANT'S EXHIBIT F 3:22-CR-378-N**

Case # 154572-2022
Examination Report, continued

DVD 3
Images of Item 1    DVD 3 contains latent print **D1A** (SGF/Rhodamine with ALS)

At the request of Det. Watson, latent print D1A (SGF) was compared to the known exemplar prints of the following individual:

Raynaldo Rivera Ortiz Jr.    Unknown demographics    DOB:              FBI UCN# 762870CH1

On 01/08/2024, Raynaldo Ortiz Jr. was excluded as the source of latent print D1A.

For previous results of examinations, please refer to Examination Report dated 12/29/2023.

**Disposition of Evidence:**

The above listed evidence has been placed in the AFIS Unit files.

*Elizabeth M. Molina* (signature)
Elizabeth M. Molina T240
Forensic Fingerprint Expert
Phone:
Email:

---

**Basis of Conclusions**

<u>Identification</u> is the determination that there is sufficient ridge detail in agreement to conclude that two friction ridge impressions originated from the same source.
<u>Exclusion</u> is the determination that there is sufficient ridge detail in disagreement to conclude that two friction ridge impressions did not originate from the same source.
<u>Inconclusive</u> is the determination that there is insufficient agreement or disagreement of ridge detail to identify or exclude two friction ridge impressions as originating from the same source.

---

Admin Rev./Date: dt  10 JAN 2024

Service #: 154572-2022   Date: 01-08-24
Initials: em   Page: 70