**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **No. 3:22-CR-378-N** |
| | ) | |
| **RAYNALDO RIVERA ORTIZ, JR.** | ) | **ECF** |

**DEFENDANT'S AMENDED EXHIBIT LIST**

COMES NOW, Defendant, Raynaldo Rivera Ortiz, Jr., by and through his counsel, John M. Nicholson, in accordance with this Court's Pretrial Order, hereby adopts all the Government's exhibits and files the following, amended listing of exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 01 | August 02, 2022 – Surveillance Video CH 2; 0900 – 1000 | | |
| 02 | August 02, 2022 – Surveillance Video CH 2; 1000 - 1100 | | |
| 03 | August 02, 2022 – Surveillance Video CH2; 1600 - 1700 | | |
| 04 | Surveillance Clip 1 CH 2; 9:09:37 – 9:09:50 | | |
| 05 | Surveillance Clip 2 CH 2; 10:55:45 – 10:55:50 | | |
| 06 | Surveillance Clip 3 CH 2; 16:17:34 – 16:17:45 | | |
| 07 | August 03, 2022 – Surveillance Video CH 2; 0800 - 0900 | | |
| 08 | Surveillance Clip 4 CH 2; 8:23:08 – 8:23:17 | | |

| | | | |
|---|---|---|---|
| 09 | Surveillance Clip 5<br>CH 2; 8:31:14 – 8:31:26 | | |
| 10 | August 04, 2022 – Surveillance Video CH 2;<br>0900 - 1000 | | |
| 11 | August 04, 2022 – Surveillance Video CH 2;<br>1000 - 1100 | | |
| 12 | August 04, 2022 – Surveillance Video CH 2;<br>1200 - 1300 | | |
| 13 | Surveillance Clip 6<br>CH 2; 9:15:55 – 9:16:03 | | |
| 14 | Surveillance Clip 7<br>CH 2; 9:21:31 – 9:21:58 | | |
| 15 | Surveillance Clip 8<br>CH 2; 9:48:53 – 9:49:11 | | |
| 16 | Surveillance Clip 9<br>CH 2; 10:01:25 – 10:01:48 | | |
| 17 | Surveillance Clip 10<br>CH2; 10:26:35 – 10:26:49 | | |
| 18 | Surveillance Clip 11<br>CH 2; 10:53:44 – 10:53:53 | | |
| 19 | Surveillance Clip 12<br>CH 2; 10:54:37 – 10:54:55 | | |
| 20 | Surveillance Clip 13<br>CH 2; 10:59:37 – 10:59:22 | | |
| 21 | Surveillance Clip 14<br>CH 2; 12:35:39 – 12:36:01 | | |
| 22 | August 05, 2022 – Surveillance Video CH 2;<br>0800 - 0900 | | |
| 23 | August 05, 2022 – Surveillance Video CH 5;<br>1000 - 1100 | | |

| 24 | August 05, 2022 – Surveillance Video CH 2; 1500 - 1600 | | |
|---|---|---|---|
| 25 | Surveillance Clip 15 CH 2; 8:59:25 – 9:06:22 | | |
| 26 | Surveillance Clip 16 CH 5; 10:45:16 – 10:46:33 | | |
| 27 | Surveillance Clip 17 CH 2; 15:14:15 – 15:14:25 | | |
| 28 | August 08, 2022 – Surveillance Video CH 2; 0800 - 0900 | | |
| 29 | Surveillance Clip 18 CH 2; 8:01:20 – 8:01:35 | | |
| 30 | August 09, 2022 – Surveillance Video CH 2; 1100 - 1200 | | |
| 31 | August 09, 2022 – Surveillance Video CH 2; 1200 - 1300 | | |
| 32 | Surveillance Clip 19 CH 2; 11:21:44 – 11:21:57 | | |
| 33 | Surveillance Clip 20 CH 2; 11:56:25 – 11:56:34 | | |
| 34 | Surveillance Clip 21 CH 2; 12:07:43 – 12:12:16 | | |
| 35 | August 10, 2022 – Surveillance Video CH 2; 0700 - 0800 | | |
| 36 | August 10, 2022 – Surveillance Video CH 2; 0900 - 1000 | | |
| 37 | August 10, 2022 – Surveillance Video CH 2; 1300 - 1400 | | |
| 38 | Surveillance Clip 22 CH 2; 7:46:55 – 7:47:25 | | |

3

| 39 | Surveillance Clip 23<br>CH 2; 9:35:50 – 9:36:15 | | |
|---|---|---|---|
| 40 | Surveillance Clip 24<br>CH 2; 13:58:42 – 13:59:19 | | |
| 41 | August 11, 2022 – Surveillance Video CH 2;<br>1300 - 1400 | | |
| 42 | Surveillance Clip 25<br>CH 2; 13:18:28 – 13:18:43 | | |
| 43 | August 12, 2022 – Surveillance Video CH 2;<br>0900 - 1000 | | |
| 44 | Surveillance Clip 26<br>CH 2; 9:11:13 – 9:11:30 | | |
| 45 | August 15; 2022 – Surveillance Video CH 2;<br>0800 - 0900 | | |
| 46 | August 15, 2022 – Surveillance Video CH 2;<br>1200 - 1300 | | |
| 47 | Surveillance Clip 27<br>CH 2; 8:53:25 – 8:53:40 | | |
| 48 | Surveillance Clip 28<br>CH 2; 12:44:35 – 12:44:53 | | |
| 49 | August 16, 2022 – Surveillance Video CH 2;<br>0600 - 0700 | | |
| 50 | August 16, 2022 – Surveillance Video CH 2;<br>0900 1000 | | |
| 51 | August 16, 2022 – Surveillance Video CH 2;<br>1100 - 1200 | | |
| 52 | August 16, 2022 – Surveillance Video CH 2;<br>1200 - 1300 | | |
| 53 | August 16, 2022 – Surveillance Video CH 2;<br>1300 - 1400 | | |

| 54 | August 16, 2022 – Surveillance Video CH 2; 1400 - 1500 | | |
|---|---|---|---|
| 55 | August 16, 2022 – Surveillance Video CH 2; 1500 - 1600 | | |
| 56 | Surveillance Clip 29 CH 2; 6:44:00 – 6:44:07 | | |
| 57 | Surveillance Clip 30 CH 2; 9:59:36 – 9:59:39 | | |
| 58 | Surveillance Clip 31 CH 2; 10:20:20 – 10:20:38 | | |
| 59 | Surveillance Clip 32 CH 2; 11:20:18 – 11:20:38 | | |
| 60 | Surveillance Clip 33 CH 2; 11:53:19 – 11:53:43 | | |
| 61 | Surveillance Clip 34 CH 2; 15:02:28 – 15:02:57 | | |
| 62 | August 17, 2022 – Surveillance Video CH 2; 0800 - 0900 | | |
| 63 | August 17, 2022 – Surveillance Video CH 2; 1000 - 1100 | | |
| 64 | August 17, 2022 – Surveillance Video CH 2; 1300 - 1400 | | |
| 65 | August 17, 2022 – Surveillance Video CH 2; 1400 - 1500 | | |
| 66 | August 17, 2022 – Surveillance Video CH 2; 1500 - 1600 | | |
| 67 | August 17, 2022 – Surveillance Video CH 2; 1600 - 1700 | | |
| 68 | Surveillance Clip 35 CH 2; 8:03:36 – 8:04:22 | | |

| | | | |
|---|---|---|---|
| 69 | Surveillance Clip 36<br>CH 2; 8:31:00 – 8:31:14 | | |
| 70 | Surveillance Clip 37<br>CH 2; 8:31:40 – 8:31:53 | | |
| 71 | August 18, 2022 – Surveillance Video CH 2;<br>0600 - 0700 | | |
| 72 | August 18, 2022 – Surveillance Video CH 2;<br>0800 - 0900 | | |
| 73 | August 18, 2022 – Surveillance Video CH 2;<br>1000 - 1100 | | |
| 74 | August 18, 2022 – Surveillance Video CH 2;<br>1100 - 1200 | | |
| 75 | August 18, 2022 – Surveillance Video CH 2;<br>1200 - 1300 | | |
| 76 | August 18, 2022 – Surveillance Video CH 2;<br>1800 - 1900 | | |
| 77 | Surveillance Clip 38<br>CH 2; 6:31:33 – 6:34:14 | | |
| 78 | Surveillance Clip 39<br>CH 2; 12:19:55 – 12:20:11 | | |
| 79 | Surveillance Clip 40<br>CH 2; 12:24:45 – 12:25:10 | | |
| 80 | Surveillance Clip 41<br>CH 2; 18:28:58 – 18:29:15 | | |
| 81 | August 19, 2022 – Surveillance Video CH 2;<br>0900 - 1000 | | |
| 82 | August 19, 2022 – Surveillance Video CH 2;<br>1000 - 1100 | | |
| 83 | August 19, 2022 – Surveillance Video CH 2;<br>1100 - 1200 | | |

| 84 | Surveillance Clip 42<br>CH 2; 9:16:28 – 9:16:38 | | |
|----|---|---|---|
| 85 | Surveillance Clip 43<br>CH 2; 11:36:17 – 11:36:36 | | |
| 86 | August 22, 2022 – Surveillance Video CH 2;<br>0700 - 0800 | | |
| 87 | August 22, 2022 – Surveillance Video CH 2;<br>0800 - 0900 | | |
| 88 | August 22, 2022 – Surveillance Video CH 2;<br>1200 - 1300 | | |
| 89 | Surveillance Clip 44<br>CH 2; 7:47:51 – 7:48:12 | | |
| 90 | Surveillance Clip 45<br>CH 2; 8:55:20 – 8:55:34 | | |
| 91 | Surveillance Clip 46<br>CH 2; 12:50:13 – 12:50:25 | | |
| 92 | August 23, 2022 – Surveillance Video CH 2;<br>0900 - 1000 | | |
| 93 | August 23, 2022 – Surveillance Video CH 2;<br>1400 - 1500 | | |
| 94 | Surveillance Clip 47<br>CH 2; 9:23:30 – 9:32:54 | | |
| 95 | Surveillance Clip 48<br>CH 2; 9:36:15 – 9:36:54 | | |
| 96 | Surveillance Clip 49<br>CH 2; 9:37:20 – 9:37:40 | | |
| 97 | Surveillance Clip 50<br>CH 2; 9:39:30 – 9:39:55 | | |
| 98 | Surveillance Clip 51<br>CH 2: 14:20:05 – 14:20:21 | | |

| | | | |
|---|---|---|---|
| 99 | August 24, 2022 – Surveillance Video CH 2; 1200 - 1300 | | |
| 100 | August 24, 2022 – Surveillance Video CH 2; 1500 - 1600 | | |
| 101 | Surveillance Clip 52<br>CH 2; 12:20:58 – 12:21:12 | | |
| 102 | Surveillance Clip 53<br>CH 2; 12:43:00 – 12:44:25 | | |
| 103 | Surveillance Clip 54<br>CH 2; 15:52:10 – 15:52:21 | | |
| 104 | Verbeck Report | | |
| 105 | UNT Lab Notes; GOV_8674 – GOV_8696 | | |
| 106 | Verbeck Chain of Custody; GOV_8697 | | |
| 107 | GC Slide | | |
| 108 | GC Slide | | |
| 109 | GC Slide | | |
| 110 | GC Slide | | |
| 111 | GC Slide | | |
| 112 | GC Slide | | |
| 113 | GC Slide | | |
| 114 | GC Slide | | |
| 115 | SWIFS file for K.P.; GOV_1932 – GOV_2009 | | |
| 116 | SWIFS file for J.A.; GOV_39962 | | |
| 117 | NMS file for J.A.; GOV_38565 | | |
| 118 | Terry Burson Certified Receipts;<br>Churchwell & Merlo | | |
| 119 | GAC Reports for Attorney | | |
| 120 | Medical City Records – J.A. | | |

| 121 | BSWND Records – J.A. | | |
|-----|----------------------|---|---|
| 122 | Medical City Records – J.A. | | |
| 123 | BSWND Records – J.E. | | |
| 124 | Texas Health Resources Records – J.E. | | |
| 125 | BSWND Records – K.P. | | |
| 126 | BSWND Records – K.P. | | |
| 127 | Medical City Records – K.P. | | |
| 128 | Text Regarding M.K.'s Schedule | | |
| 129 | Medical City Records – T.Y. | | |
| 130 | BSWND Records – T.Y. | | |
| 131 | Peer Review Communication | | |
| 132 | Medications Releases for Testing | | |
| 133 | Photographs of Medications | | |
| 134 | BSWND Records – M.N. | | |
| 135 | BSWND Records – J.R. | | |
| 136 | BSWND Records – M.A. | | |
| 137 | BSWND Records – A.H. | | |
| 138 | BSWND Records – K.G. | | |
| 139 | BSWND Records – L.S. | | |
| 140 | BSWND Records – F.L. | | |
| 141 | BSWND Records – M.D. | | |
| 142 | BSWND Records – G.A. | | |
| 143 | BSWNG Records – H.H. | | |
| 144 | BSWNG Records – J.J. | | |
| 145 | BSWNG Records – B.H. | | |
| 146 | BSWNG Records – F.O. | | |
| 147 | BSWNG Records – R.G. | | |
| 148 | BSWNG Records – A.J. | | |

| 149 | BSWNG Records – P.H. | | |
|---|---|---|---|
| 150 | BSWNG Records – A.K. | | |
| 151 | BSWNG Records – Y.W. | | |
| 152 | BSWNG Records – D.K. | | |
| 153 | BSWNG Records – C.M. | | |
| 154 | BSWNG Records – T.K. | | |
| 155 | BSWNG Records – I.R. | | |
| 156 | BSWNG Records – R.D. | | |
| 157 | BSWND Records – J.M. | | |
| 158 | Photograph of IV Bags (4) | | |
| 159 | BSWNG Communications | | |
| 160 | BSWNG Reporting | | |
| 161 | Photograph of Medicine Cabinet (both doors) at BSWND | | |
| 162 | Photograph of Poster at BSWND | | |
| 163 | IV Bags | | |
| 164 | DPD Case No. 154572-2022; Dated 12/29/2023; pgs. 1 - 18 | | |
| 165 | DPD Case No. 154572-2022; Dated 01/08/2024; pgs. 19 - 32 | | |
| 166 | RESERVED | | |
| 167 | RESERVED | | |
| 168 | RESERVED | | |
| 169 | RESERVED | | |
| 170 | RESERVED | | |

DATED: March 28, 2024.

Respectfully submitted,

/s/ *John M. Nicholson*

JOHN M. NICHOLSON
Assistant Federal Public Defender

10

Northern District of Texas
Texas Bar No. 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
(214)767-2746

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the

Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case

filing system of the Court.   The electronic case filing system sent a "Notice of Electronic Filing" to

the following attorneys of record who have consented in writing to accept this notice as service of this

document by electronic means to john.delagarza@usdoj.gov.

/s/ *John M. Nicholson*
JOHN M. NICHOLSON