## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-378-N** |
| | § | |
| **RAYNALDO RIVERA ORTIZ, JR.,** | § | |
| | § | |
| **Defendant.** | § | |

### UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, **RAYNALDO RIVERA ORTIZ**, by his appointed counsel, Assistant Federal Public Defender John Nicholson, hereby requests that the Court reschedule sentencing in this matter.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ *John M. Nicholson*
JOHN M. NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24013240
525 Griffin Street, Suite 629
Dallas, Texas   75202
Phone 214-767-2746
John_nicholson@fd.org

/s/ *Marti R. Morgan*
MARTI R. MORGAN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24109042

525 Griffin Street, Suite 629
Dallas, Texas   75202
Phone 214-767-2746
marti_morgan@fd.org

### CERTIFICATE OF CONFERENCE

I certify that on September 18, 2024, I conferred with AUSA Errin Martin and confirmed

that the government is not opposed to this request.

/s/ *John M. Nicholson*
JOHN M. NICHOLSON

/s/ *Marti R. Morgan*
MARTI R. MORGAN

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing document

using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *John M. Nicholson*
JOHN M. NICHOLSON

/s/ *Marti R. Morgan*
MARTI R. MORGAN