IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:22-CR-00378-N |
| RAYNALDO RIVERA ORTIZ, JR (1) | § § | |

# ORDER

The Court has reviewed the sentencing materials for this case and invites additional briefing on two matters: (1) whether the death of Dr. Kaspar should be considered relevant conduct; and (2) who is entitled to make victim impact statements, and whether it would be error for the Court in its discretion to permit others to be heard at sentencing. This additional briefing is invited but not required. Any responsive memoranda should be filed by Friday, October 18, 2024.

Signed September 18, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE