IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 3:22-CR-378-N |
| | § |
| RAYNALDO RIVERA ORTIZ, JR. | § |

## MOTION TO WITHDRAWAL FILING

Pursuant to LCrR 49.2 (a), comes now Defendant **RAYNALDO RIVERA ORTIZ, JR.**, by counsel, requests to withdrawal his filing, and in support presents:

1. Counsel for the defense filed a Brief to the Court, *see* Dkt. No. 186, on October 18, 2024. The defense filed this Brief in error as it was a rough draft of the intended pleading. Counsel did not realize he had filed the rough draft rather than the final pleading until the afternoon of October 21, 2024.

2. Counsel for the defense corrected its brief with Dkt. No. 189, Sealed Brief/Memorandum.   Therefore, the defense moves to have Dkt. No. 186 withdrawn from the record.

3. The ends of justice would be better served if this motion is granted.

WHEREFORE, undersigned counsel respectfully requests the Brief to the Court filed October 18, 2024, be withdrawn.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

s/ *John M. Nicholson*

JOHN M. NICHOLSON  
Assistant Federal Public Defender  
Texas Bar No. 24013240  
525 Griffin Street, Suite 629  
Dallas, Texas 75202  
Phone (214) 767.2746  
Fax (214) 767.2776  
john_nicholson@fd.org

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2024, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *John M. Nicholson*
JOHN M. NICHOLSON